IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JIMMY RICHARD JOHNSON                                                                PLAINTIFF
*ADC #171852*

v.                          CASE NO. 4:23-CV-01074-BSM

BRIAN BLEVINS, Jail Administrator
Yell County Detention Center                                                          DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 5th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE